UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH R. REID, et al.,

    Plaintiffs,

v.

WARDEN J. EBBERT, et al.,

    Defendants.

CIVIL ACTION NO. 1:16-cv-01403

(RAMBO, J.)
(SAPORITO, M.J.)

FILED
WILKES BARRE
NOV 08 2016
Per _____

## ORDER

AND NOW, this 8th day of November, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Eric Houston's motion for leave to proceed *in forma pauperis* (Doc. 6) is **DENIED**; and

2. Houston is **ORDERED** to pay the applicable $400 filing and administrative fees in full **within thirty (30) days** of the date of this Order or his dismissal from this action will be recommended.

                                                                */s/ Joseph F. Saporito, Jr.*
                                                                JOSEPH F. SAPORITO, JR.
                                                               United States Magistrate Judge