IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID, et al.,** | : | Civil No. 1:16-cv-1403 |
| **Plaintiffs,** | : | |
| v. | : | |
| **WARDEN J. EBBERT, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 14th day of December, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The court adopts the report and recommendation (Doc. 36) of the magistrate judge;

2) The request for the issuance of a temporary restraining order and/or preliminary injunction is **DENIED**.

3) The matter is remanded back to the magistrate judge for further proceedings.

 

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge