IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID, et al.,** | : | Civil No. 1:16-cv-1403 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **Judge Sylvia H. Rambo** |
| **WARDEN J. EBBERT, et al.,** | : | |
| | : | **Magistrate Judge Saporito** |
| **Defendant.** | : | |

# **O R D E R**

**AND NOW**, this 16th day of February, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 45) is **ADOPTED**.

2) Eric Houston is dismissed from this action without prejudice.

3) The matter is remanded back to Magistrate Judge Saporito.

                                                            s/Sylvia H. Rambo
                                                            SYLVIA H. RAMBO
                                                             United States District Judge

Dated: February 16, 2017