IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH R. REID, et al.,** | Civil No. 1:16-cv-1403 |
| Plaintiffs, | |
| v. | |
| | **Magistrate Judge Saporito** |
| **WARDEN J. EBBERT, et al.,** | |
| | **Judge Sylvia H. Rambo** |
| Defendants. | |

# **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Plaintiff Kenneth R. Reid's motion requesting an order certifying a class action pursuant to Rule 23(c) of the Federal Rule of Civil Procedure and requesting the appointment of class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure be denied for failure to meet the prerequisites to class certification. In particular, the magistrate judge points to the fact that Reid, who is proceeding *pro se*, cannot satisfy the requirement of adequacy of representation.

No objections have been filed to the report and recommendation.

A review of the case law cited by the magistrate judge supports his recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 99) is **ADOPTED**;

2) Reid's motion for class certification and for appointment of class counsel (Doc. 96) is **DENIED**;

3) The remaining matters are remanded to Magistrate Judge William Arbuckle.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: October 4, 2017