IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID, et al.,** | : | Civil No. 1:16-cv-1403 |
| Plaintiffs, | : | |
| v. | : | |
| **WARDEN J. EBBERT, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation of the magistrate judge (Doc. 125) in which he recommends that all claims against the defendant identified in the complaint as Lt. Condozer be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiffs' failure to provide the court with sufficient information to effectuate service on Lt. Condozer. Objections were due on August 1, 2018, and to date, no objections have been filed. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) All claims against the defendant identified in the complaint as "Lt. Condozer" are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

3) The Clerk of Court shall remand this matter back to the magistrate judge for any further proceedings.

                                                      s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judge

Dated: September 5, 2018