IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID, et al.,** | : | Civil No. 1:16-cv-1403 |
| **Plaintiffs,** | : | |
| v. | : | |
| **WARDEN J. EBBERT, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 130) is adopted in part and denied in part.

2) Summary judgment is **GRANTED** in favor of the defendants and the complaint is dismissed in its entirety.

3) The court declines to issue a certificate of appealability as appeal taken from this order is deemed frivolous and not taken in good faith;

4) The Clerk of Court is directed to close this file.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: January 10, 2019